**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 9, 2009**

Mr. Frederick S. Spencer
Attorney at Law
409 East Sixth Street
Mountain Home, AR 72653-3999

    Re: *Sanders v. Hartford Life & Accident Insurance Co.*, 1:09-CV-00021-WRW

Dear Counsel:

I have received Defendant's Motion for Summary Judgment,[1] which was filed on October 1, 2009.

I assume that since you have not filed a response,[2] you agree with Defendant's position. If you choose not to respond by 5:00 p.m., Monday, December 14, 2009, I will grant the motion.

                                              Cordially,

                                              /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc:    Other Counsel of Record

---

[1] Doc. No. 9.

[2] The response was due on Tuesday, December 1, 2009.