IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**ORVILLE R. SANDERS**                  **PLAINTIFF**

**v.**         **1:09-CV-00021-WRW**

**HARTFORD LIFE & ACCIDENT**
**INSURANCE COMPANY**                **DEFENDANT**

## JUDGMENT

Based on the Order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 26th day of January, 2010.

                 /s/ Wm. R. Wilson, Jr._____
                 UNITED STATES DISTRICT JUDGE